STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WALTER LEGENZA, PLAINTIFF IN ERROR.

Submitted October 26, 1928—Decided May 20, 1929.

For the defendant in error, *John E. Toolan.*

For the plaintiff in error, *George E. Cutley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.